UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                          Case No: 8:13-Cr-91-T-17TBM

SAUL MURO
_____/

## ORDER TO CORRECT ADJUDICATION OF GUILT ORDER AT DKT. 141

This cause is before the Court on Defendant's Motion to Correct Adjudication of Guilt Order at Dkt. 141 (Doc. 165), filed on March 23, 2016.

The Defendant's Motion is hereby GRANTED and the Adjudication of Guilt Order at Dkt. 141 is due to be amended to reflect a finding of guilt pursuant to 21 U.S.C. §841(b)(1)(C).

IT IS SO ORDERED in Tampa, Florida, on this 30th day of MARCH, 2016.

ELIZABETH A. KOVACHEVICH
United States District Court Judge