UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:13-CR-91-T-17TBM

SAUL MURO.

_____/

### AMENDED ADJUDICATION OF GUILT ORDER

The Court conducted a bench trial on September 29, 2015, and, after hearing all of the evidence, found the Defendant guilty as to Count One of the Indictment. Accordingly, the Defendant is Adjudged Guilty of such offense, pursuant to 21 U.S.C. Sec. 841(b)(1)(C). The Defendant will be scheduled for sentencing by separate notice.

**IT IS SO ORDERED.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record.